JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW SCHWARTZ and JAMES UNICE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    v.<br><br>VIZIO, INC.,<br><br>            Defendant. | Case No. 8:16-cv-01883-JVS-DFM<br><br>Consolidated with<br>Case No. **2:16-cv-09367-JVS-DFM**<br><br>*[Assigned to Hon. James V. Selna]*<br><br>**ORDER GRANTING DEFENDANT VIZIO, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 9(b) AND 12(b)(6)** |

| | |
|---|---|
| 1 | On August 21, 2017, at 1:30 p.m. in Courtroom 10C of the Ronald Reagan |
| 2 | Federal Building and United States Courthouse for the Central District of California, |
| 3 | located at 411 W. Fourth St., Santa Ana, CA 92701, Defendant Vizio, Inc.'s Motion to |
| 4 | Dismiss the Second Consolidated Amended Complaint ("SCAC") came on for hearing |
| 5 | before this Court.  The parties appeared through their counsel of record. |
| 6 | After considering all of the papers filed herein, the authorities submitted by |
| 7 | counsel, as well as counsel's oral arguments, it is **HEREBY ORDERED** that the |
| 8 | Motion is **GRANTED**.  Plaintiffs' CAC is dismissed **WITH PREJUDICE**. |

**IT IS SO ORDERED.**

Dated: August 24, 2017  _____
HON. JAMES V. SELNA
United States District Judge